James Koester, Esq. (SBN: 205826)
Roslyn Simmons, Esq. (SBN: 206588)
SIMMONS KOESTER & ASSOC.
3055 Wilshire Blvd., Twelfth Floor
Los Angeles, CA 90010

Attorneys for Plaintiffs
KATHLEEN BOHACEK, AN INDIVIDUAL
FOR ALEXANDER CARDENAS, A MINOR

Clifford F. Campbell, Esq. (SBN: 60734)
Alan M. Cohen, Esq. (SBN: 177662)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone:  (510) 808.2000
Facsimile:  (510) 444.1108

Attorneys for Defendant
CITY OF STOCKTON

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BOHACEK, AN INDIVIDUAL, FOR ALEXANDER JAMES CARDENAS, A MINOR <br><br>          Plaintiffs <br><br> v. <br><br> CITY OF STOCKTON  and DOES 1- 25, inclusive <br><br>          Defendants. | Case No: CIV S-04-0939 GGH <br><br> **AMENDED STIPULATION FOR EXTENDING TIME TO FILE PLAINTIFFS' RESPONSIVE BRIEF TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT and STIPULATION TO CONTINUE TRIAL DATE and [Proposed] ORDER** <br><br> [Local Rule 6-142] <br><br> DATE: May 19, 2005 <br> TIME: 9:00a.m. <br> DEPT: Courtroom: 24 <br> TRIAL: September 12, 2005 |

## INTRODUCTION

  The Parties to this lawsuit hereby enter into the following stipulation to

grant the Plaintiffs:

  An extension of time within which to file a brief in opposition to Defendant

City of Stockton's Motion for Summary Judgment;

A continuance of the hearing of that Motion, currently scheduled for May 19, 2005, at 10:00 a.m.; and also

To postpone the trial date and other associated deadlines in this action. Trial of this matter currently is scheduled for November 14, 2005.

## RECITALS

1.      On May 13, 2004, Plaintiffs filed their Complaint for Damages and Injunctive Relief, alleging that the Defendant had violated the Americans with Disabilities Act by refusing to afford the Plaintiff reasonable accommodations and/or to allow him to participate in a City run program. On or about May 19, 2004, Defendant was properly served with process.

2.      On June 30, 2004, Plaintiff filed a First Amended Complaint. Defendant was properly served via US mail.

3.      Defendant filed an Answer to the First Amended Complaint on or about July 10, 2004.

4.      On or about September 13, 2004, Plaintiffs and Defendant filed a Joint Status Report.

5.      On January 3, 2005, this Court established a Scheduling Order, including a date for trial. Under that Order discovery was to be completed by August 29, 2005, and motions to compel discovery were to be presented so that they were heard no later than August 11, 2005. Trial was scheduled to commence on November 14, 2005.

6.      On or about February 27, 2005, Defendant deposed the Plaintiff, Kathleen Bohacek.

7.      On or about April 8, 2005, Defendant filed a Motion for Summary Judgment. That motion currently is scheduled to be heard on May 19, 2005, at 10:00 a.m. in this Court.

8.      Plaintiffs' counsel is out of the country and will continue to be out of the country at the time of the currently-scheduled hearing date for the Motion for

Summary Judgment. She traveled to France on May 12, 2005 and will not return until on or about May 21, 2005.  Additionally, she was out of the state on other business from on or about April 21 through April 27, 2005.  Given such restrictions, she has had inadequate time within which to evaluate and prepare an opposition to the Defendant's motion.

       9.     The Defendant is willing to stipulate to postpone the hearing of this motion, but only if such a postponement does not serve to cause prejudice to its position.  The Defendant *will* be prejudiced by such a postponement, however, unless the current trial date and all of its associated scheduling deadlines also are postponed.  Unless those other dates also are postponed any delay of the Defendant's summary judgment motion will require the Defendant to engage in costly pre-trial preparation activities, and otherwise to prepare for trial, all occasioned by the fact that its potentially terminating motion has been delayed, and remains unresolved, while approaching pretrial discovery deadlines give the Defendant no alternative but to complete its preparations for trial.

      10.    The attorneys for the parties stipulate to a continuance to extend the time within which the Plaintiffs will be able to file an Opposition Brief to Defendant's Motion for Summary Judgment.  Parties request that the hearing of this motion, currently scheduled for May 19, 2005, be postponed, and rescheduled for July 21, 2005 or as soon thereafter as the matter may be heard.  The parties specifically request that Plaintiffs be allowed to file their responsive brief on or before June 20, 2005, and that Defendant be afforded until June 29, 2005 by which to Reply.

      11.    Additionally, the Parties request a stipulated continuance of the presently scheduled trial date of November 14, 2005; and that the trial be rescheduled for June 19, 2006.  And the parties agree that continuing the trial date will afford the parties needed additional time to conduct further discovery that will most likely narrow the potential issues at trial and save the parties unnecessary

expenses for potential experts if such issues can be further narrowed prior to trial.

## STIPULATION

PLAINTIFFS AND DEFENDANT HEREBY STIPULATE THROUGH COUNSEL OF RECORD, AS FOLLOWS:

1.     The hearing date of May 19, 2005, for Defendant's Motion for Summary Judgment shall be continued to July 21, 2005 or as soon thereafter as the matter may be heard; and Plaintiff may have until June 20, 2005, to file an Opposition Brief to Defendant's Motion for Summary Judgment.  The Defendant thereafter may have until June 29, 2005, in which to Reply.

2.     The presently scheduled trial date of November 14, 2005, shall be continued and rescheduled to commence on June 19, 2006.

3.     The case is to be heard by a jury.  The length of trial is estimated to be 5 days.

4.     Discovery plan:  Discovery shall be conducted in accordance with the Federal Rules of Civil Procedure and Local Rules, and incorporating the procedures articulated in the Court's original scheduling order of January 3, 2005.

5.     Discovery cut off date, now set for August 29, 2005, shall be reset to April 3, 2006.  Motions to compel discovery shall be noticed in accordance with the Local Rules of the Court so that such motions will be heard no later than March 16, 2006.

6.     Designation of expert witnesses shall conform to Federal Rules of Civil Procedure, Rule 26(a)(2).  All parties shall designate their experts as follows:

      a.     Plaintiffs:  No later than February 2, 2006.

      b.     Defendant:  No later than February 17, 2006.

7.     Dispositive motions shall be noticed for a hearing date which is not later than May 8, 2006.

8.     A Settlement Conference will be set at the time of the Pretrial Conference.

9.     A Pretrial Conference (as described in Local Rule 16-282) now scheduled for October 31, 2005, shall be reset for June 5, 2006 at 1:30 p.m.


Dated:  May 17, 2005          MEYERS, NAVE, RIBACK, SILVER & WILSON



                              By_____/s/_____

                              Clifford F. Campbell
                              Attorneys for Defendant
                              CITY OF STOCKTON


Dated:  May 17, 2005          SIMMONS & KOESTER



                              By_____/s/_____

                              James Koester
                              Attorneys for Plaintiffs
                                   KATHLEEN BOHACEK and
                                   ALEXANDER CARDENAS



                              **ORDER**

     Good cause having been shown, it is so ordered.

                              /s/ Gregory G. Hollows
Dated: May 24, 2005
                              _____
                              Honorable Gregory G. Hollows
                              U.S. Magistrate Judge



bohacek939.ord05


756536_1